COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER

Cause No   01-12-00977-CV; *In re Shatish Patel*, Relator

Original Proceeding on Petition for Writ of Mandamus from *Shatish Patel v. St. Luke's Sugar Land Paternship, L.L.P.*, Cause No. 2011-24016, in the 152nd District Court of Harris County, Texas.

On October 25, 2012, relators, Shatish Patel, Hemalatha Vijayan, Subodh Sonwalkar, and Wolley Oladut, filed a petition for writ of mandamus challenging the trial court's failure to rule on plaintiff's motion to compel production. The court requests that real party in interest, St. Luke's Sugar Land Partnership, L.L.P., file a response by **Friday, November 2, 2012.**

It is so ORDERED.

Judge's signature: /s/ Justice Massengale
                                Acting individually

Date: October 25, 2012